Ronald L. Gruzen (State Bar No. 057184)
LAW OFFICE OF RONALD L. GRUZEN
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-9500
Facsimile: (323) 852-9501

Attorneys for Plaintiff
MARSHALL J. AUGUST

JS-6

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# [WESTERN DIVISION]

| | |
|---|---|
| MARSHALL J. AUGUST, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; KINFINE, USA, INC., a California corporation; DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01875-CAS-AS<br><br>**ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT** |

Plaintiff Marshall J. August, by and through his attorney of record, Law Office of Ronald L. Gruzen and Defendants Target Corporation and Kinfine USA, Inc., by and through their attorney of record, Gary Wang, having entered into a stipulation to remand the case to the Los Angeles Superior Court due to lack of diversity jurisdiction because Kinfine USA, Inc. is a California corporation,

//

IT IS HEREBY ORDERED that:

The within action be immediately remanded to the Los Angeles Superior Court.

Dated: August 18, 2014      _____
                            THE HONORABLE CHRISTIINA A. SNYDER
                            UNITED STATES DISTRICT COURT

2

ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT

40410-001